IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY RAY WILEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-05-1231-L |
| ) | |
| MARTY SIRMONS, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on May 17, 2006. Petitioner, a state prisoner appearing *pro se*, brings this action pursuant to 28 U.S.C. §2254 seeking a writ of habeas corpus.  The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied.

The court file reflects that petitioner filed an objection to the Magistrate's Report and Recommendation, which the court has carefully reviewed.[1]  Although its is clear that petitioner disagrees with the conclusions of the Magistrate Judge, the court finds that his objection fails to provide an adequate legal basis for overturning the recommendations of the Magistrate Judge, which are well supported by the record and controlling authorities.

---

[1] The objection is unsigned and therefore subject to being stricken for lack of compliance with Fed. R. Civ. P. 11(a).  However, in the exercise of its discretion and in light of petitioner's *pro se* status, the court has considered the objection in its entirety.

Accordingly, upon *de novo* review of this matter, the court finds that the Report and Recommendation of the Magistrate Judge should be and is hereby adopted in its entirety. **The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED. This action is DISMISSED.**

It is so ordered this 7th day of July, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge